FILED

02/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0745

IN THE SUPREME COURT OF THE STATE OF MONTANA

No.23-0745

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RONALD LEWIS AMELINE,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 29, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 23 2024